# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SEGURA,<br><br>    Plaintiffs,<br><br>  v.<br><br>MALDONADO, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-00780-JLT-BAM (PC)<br><br>ORDER STAYING BRIEFING ON DEFENDANT'S MOTION TO REVOKE *IN FORMA PAUPERIS* STATUS<br>(ECF No. 18)<br><br>ORDER FOR PLAINTIFF TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>**THIRTY (30) DAY DEADLINE**<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Plaintiff Omar Segura ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Coelho[1] and John Doe 1[2] for excessive force in violation of the Eighth Amendment.

  On December 8, 2023, Defendant Coelho filed a motion to revoke Plaintiff's *in forma pauperis* status on the ground that Plaintiff has been released from custody since initiating this

---
[1] Erroneously sued as "Cohello."
[2] Defendant John Doe 1 has not yet been identified or served.

1

action. (ECF No. 18.) Plaintiff has not yet had the opportunity to file a response.

In the motion, Defendant argues that Plaintiff is currently proceeding *in forma pauperis* under 28 U.S.C. § 1915(b)(1)'s prisoner provision, and now that he is no longer incarcerated, he must file an updated affidavit to proceed IFP as a non-prisoner under the general provisions of 28 U.S.C. § 1915(a)(1) or pay the filing fee. (ECF No. 18.)

Upon review of the filing, the Court finds it appropriate to stay briefing on the motion to revoke Plaintiff's *in forma pauperis* status and for Plaintiff to file a non-prisoner application to proceed *in forma pauperis*. Upon receipt and review of the application, the Court will reset the deadline for Plaintiff to file a response to Defendant's motion to revoke, as necessary and appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Briefing on Defendant's motion to revoke Plaintiff's *in forma pauperis* status, (ECF No. 18), is STAYED;
2. The Clerk of the Court is directed to send to Plaintiff an application to proceed *in forma pauperis* for a **non-prisoner**;
3. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed; and
4. **No requests for extension will be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:  **December 15, 2023**         /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE

2