UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SEGURA,<br><br>            Plaintiff,<br><br>    v.<br><br>MALDONADO, *et al.*,<br><br>            Defendants. | Case No. 1:23-cv-00780-JLT-BAM (PC)<br><br>ORDER DENYING DEFENDANT'S MOTION TO REVOKE *IN FORMA PAUPERIS* STATUS AS MOOT<br>(ECF No. 18)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER<br>(ECF No. 23)<br><br>ORDER DIRECTING DEFENDANT COELHO TO FILE RESPONSE TO FIRST AMENDED COMPLAINT WITHIN **THIRTY (30) DAYS** |

      Plaintiff Omar Segura ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Coelho[1] and John Doe 1[2] for excessive force in violation of the Eighth Amendment.

      On December 8, 2023, Defendant Coelho filed a motion to revoke Plaintiff's *in forma pauperis* status on the ground that Plaintiff has been released from custody since initiating this action, and that now that he is no longer incarcerated, he must file an updated affidavit to proceed

---

[1] Erroneously sued as "Cohello."

[2] Defendant John Doe 1 has not yet been identified or served.

1

*in forma pauperis* as a non-prisoner or pay the filing fee.  (ECF No. 18.)  The Court stayed briefing on the motion to revoke and directed Plaintiff to file a non-prisoner application to proceed *in forma pauperis*.  (ECF No. 21.)  Plaintiff filed the completed application on December 26, 2023.  (ECF No. 23.)  The Court finds that responses to Plaintiff's application to proceed *in forma pauperis* and Defendant's motion to revoke Plaintiff's *in forma pauperis* status are unnecessary, and the motions are deemed submitted.  Local Rule 230(l).

Upon review of Plaintiff's renewed *in forma pauperis* application, the Court finds that Plaintiff has demonstrated that he remains unable to afford the costs of this action as a non-prisoner.  Specifically, Plaintiff states that he is not currently employed, and he was last employed in 2011.  He does not receive money from any other sources, and his only asset is an automobile worth $500.00.  Plaintiff lists two children dependent on him for support.  The application is signed under penalty of perjury.  (ECF No. 23.)

Based on the foregoing, the application to proceed *in forma pauperis* as a non-prisoner is granted.  Defendant Coelho's motion to revoke Plaintiff's *in forma pauperis* status based solely on Plaintiff's release from custody, is therefore denied as moot.  The Court further resets the deadline for Defendant Coelho to file a response to the first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Coelho's motion to revoke Plaintiff's *in forma pauperis* status, (ECF No. 18), is DENIED as moot;
2. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 23), is GRANTED; and
3. Within **thirty (30) days** from the date of service of this order, Defendant Coelho is DIRECTED to file a response to the first amended complaint.

IT IS SO ORDERED.

Dated:  **January 8, 2024**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE