# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SEGURA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MALDONADO, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00780-JLT-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DOE DEFENDANT FOR SERVICE OF PROCESS OR SHOW CAUSE WHY DOE DEFENDANT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 11)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　Plaintiff Omar Segura ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Coelho[1] and John Doe 1 in violation of the Eighth Amendment.

　　On October 10, 2023, the Court directed Plaintiff to provide the Court with written notice identifying Defendant John Doe 1 with enough information to locate the defendant for service of process. (ECF No. 11.) Following re-service of the order to Plaintiff's new address, Plaintiff's written notice identifying the defendant was due on or before January 22, 2024.

///

---

[1] Erroneously sued as "Cohello."

1

1 As of the date of this order, Plaintiff has not submitted written notice identifying Defendant John Doe 1 for service of process.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall provide the Court with written notice identifying Defendant John Doe 1 with enough information to locate the defendant for service of process, or shall show cause in writing why Defendant John Doe 1 should not be dismissed from this action for failure to prosecute; and

2. **Plaintiff's failure to comply with this order will result in the dismissal of the unidentified defendant from this action**.

IT IS SO ORDERED.

Dated:   **February 5, 2024**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE