# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SEGURA,<br><br>        Plaintiff,<br><br>    v.<br><br>MALDONADO, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-00780-JLT-BAM (PC)<br><br>ORDER REQUIRING VIDEO APPEARANCES AT SETTLEMENT CONFERENCE<br><br>**Date: May 30, 2024**<br>**Time: 10:30 a.m.** |

    Plaintiff Omar Segura ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Coelho[1] and John Doe 1[2] for excessive force in violation of the Eighth Amendment.

    A settlement conference in this matter is currently scheduled on May 30, 2024, at 10:30 a.m. before Magistrate Judge Stanley A. Boone. The parties are informed that they are required to appear **by video** via the Zoom videoconferencing application. All parties must have access to a device with an internet connection and a web camera. **If Plaintiff does not have access to such a device, he should inform the Court immediately**.

---

[1] Erroneously sued as "Coelho."

[2] Defendant John Doe 1 has not yet been identified or served. Plaintiff's motion to include John Doe in 1983 Civil Suit, filed February 20, 2024, (ECF No. 29), will be addressed as necessary following the settlement conference.

1

Counsel for Defendant Coelho shall contact Courtroom Deputy Jan Nguyen at (559) 499-5672 or jnguyen@caed.uscourts.gov for the Zoom video and dial-in information, including any necessary passcodes.  Counsel for Defendants shall then provide the appropriate Zoom contact information to the Plaintiff by private communication to facilitate Plaintiff's remote appearance.  Plaintiff may also contact the Courtroom Deputy directly to obtain the necessary video and dial-in information.

IT IS SO ORDERED.

Dated:   **March 26, 2024**                               /s/ *Barbara A. McAuliffe*               _
                                                                              UNITED STATES MAGISTRATE JUDGE