# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SEGURA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MALDONADO, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00780-JLT-BAM (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>**Date: May 31, 2024**<br>**Time: 10:30 a.m.** |

　　　　Plaintiff Omar Segura ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Coelho[1] and John Doe 1[2] for excessive force in violation of the Eighth Amendment.

　　　　A video settlement conference in this matter is currently scheduled on May 30, 2024, at 10:30 a.m. before Magistrate Judge Stanley A. Boone. (ECF No. 28.) Due to a conflict in the Court's calendar, and pursuant to the agreement of all parties, the settlement conference is continued to **May 31, 2024, at 10:30 a.m.**

///

---

[1] Erroneously sued as "Cohello."

[2] Defendant John Doe 1 has not yet been identified or served. Plaintiff's motion to include John Doe in 1983 Civil Suit, filed February 20, 2024, (ECF No. 29), will be addressed as necessary following the settlement conference.

1

The parties are reminded that they must have access to a device with an internet connection and a web camera. **If Plaintiff does not have access to such a device, he should inform the Court immediately.**

Accordingly, IT IS HEREBY ORDERED as follows:

1. The video settlement conference will be continued to **May 31, 2024 at 10:30 a.m.**
2. Counsel for Defendant Coelho shall contact Courtroom Deputy, Jan Nguyen, at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes. Counsel for Defendant shall then provide the appropriate Zoom contact information to Plaintiff by private communication to facilitate Plaintiff's remote appearance. Plaintiff may also contact the Courtroom Deputy directly to obtain the necessary video and dial-in information.
3. The parties shall provide confidential settlement statements, as specified in the Court's February 12, 2024 order, (ECF No. 28), no later than **May 24, 2024**. Defendant shall provide a confidential settlement statement to the following email address: saborders@caed.uscourts.gov. Plaintiff may email or mail his confidential statement to U.S. District Court, 2500 Tulare Street, Fresno, California 93721, **"Attention: Magistrate Judge Stanley A. Boone."** The envelope shall be marked "Confidential Settlement Statement." Parties shall also file a Notice of Submission of Confidential Settlement Statement (See Local Rule 270(d)). Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.

IT IS SO ORDERED.

Dated:   **April 24, 2024**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE