# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OMAR SEGURA,** | **Case No.: 1:23-cv-00780-JLT-BAM (PC)** |
| **Plaintiff,** | **ORDER TO RECAPTION CASE AND CORRECT SPELLING OF DEFENDANT'S NAME** |
| **v.** | |
| **COELHO,** | |
| **Defendant.** | |

Pursuant to the District Judge's order adopting findings and recommendations and dismissing Defendant John Doe 1, this action proceeds only against Defendant Cohello.  (ECF No. 38.)  In addition, pursuant to the answer filed February 7, 2024, the correct spelling is "Coelho."  (ECF Nos. 27, 38.)  Accordingly, the caption for this case shall be as reflected above and the Clerk of the Court is directed to correct Defendant Coelho's name on the docket.

IT IS SO ORDERED.

Dated:   **August 16, 2024**                    /s/ _Barbara A. McAuliffe_

UNITED STATES MAGISTRATE JUDGE